IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JIMMY BRIDEN AND RICHELLA BRIDEN, <br><br> Plaintiffs, <br><br> v. <br><br> TRIUMPH FOODS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 5:20-cv-06028-GAF |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Triumph Foods, LLC ("Triumph"), by and through the undersigned counsel, hereby submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and U.S. District Court for the Western District of Missouri Local Rule 7.1:

1. Triumph Foods, LLC is a limited liability company organized under the laws of the state of Missouri.

2. There are five members of Triumph Foods, LLC, none of which are publicly traded corporations. Triumph Foods, LLC has no parent companies or subsidiaries.

Respectfully submitted,

*/s/ Gregory D. Ballew*
J. Randall Coffey, MO Bar # 35070
Gregory D. Ballew, MO Bar # 47379
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767
Email: rcoffey@fisherphillips.com
Email: gballew@fisherphillips.com

Attorneys for Defendant Triumph Foods, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of March, 2020, the above and foregoing was filed electronically using the Court's electronic filing system, which will automatically provide notification to the following counsel of record:

Joshua P. Wunderlich
CORNERSTONE LAW FIRM
8350 North St. Clair Avenue
Suite 225
Kansas City, MO 64151
Phone: 816.581.4040
Facsimile: 816.741.8889
Email: j.wunderlich@cornerstonefirm.com

Attorney for Plaintiff

                                                */s/ Gregory D. Ballew*
                                                Attorney for Defendant Triumph Foods